IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY PETTWAY,                          :
                                          :
                    Plaintiff,            :          CIVIL ACTION NO. 20-2854
                                          :
        v.                                :
                                          :
NATIONWIDE CREDIT, INC.,                  :
                                          :
                    Defendant.            :

## ORDER

**AND NOW**, this 31st day of March, 2021, it having been reported that the parties have settled the above-captioned action, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.

The Court shall retain jurisdiction for a period of ninety (90) days while the parties finalize the written settlement agreement.

BY THE COURT:


By: */s/ Shana Restucci*_____
        Shana Restucci, Civil Deputy Clerk
        The Honorable Edward G. Smith
        Shana_Restucci@paed.uscourts.gov